## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KAYLA ELWELL,

    Plaintiff,

v.                                                             Case No: 8:13-cv-2857-T-30TBM

PIERCE N TELL, LLC and
OSHIK PEREZ,

    Defendants.

_____

## **ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Strike (Dkt. #9). Defendant filed an Answer, *pro se*, on behalf of himself and Pierce N Tell, LLC. Pursuant to Federal Rule of Civil Procedure 12(f) and Local Rule for the Middle District of Florida 2.03(e), a corporate entity must be represented by an attorney admitted to practice law before this Court. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.     Plaintiff's Motion to Strike (Dkt. #9) is GRANTED.

2.     Defendant Pierce N Tell, LLC shall have until December 23, 2013, to file a responsive pleading to the complaint by and through an attorney who is authorized to appear before this Court.

3. If Defendant Pierce N Tell, LLC fails to file a responsive pleading by the aforementioned deadline, Plaintiff may proceed with a Motion for Default Judgment against it.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of December, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2857 motion to strike 9.docx